**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| GREGORY AREGOOD, JR., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNATIONAL FLAVORS & | )   Case No. 1:14-cv-0274-SEB-TAB |
| FRAGRANCES INC., et al. | ) |
| | ) |
| Defendants. | ) |

Acknowledged.

This action is hereby dismissed with prejudice.

Date: __7/30/2019__

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF DEFENDANT GIVAUDAN FLAVORS CORPORATION**

COME NOW Plaintiffs by counsel, and Defendant Givaudan Flavors Corporation, by counsel, and, hereby agree and stipulate that all claims against Defendant Givaudan Flavors Corporation should be dismissed, with prejudice, and respectfully move the Court to issue an order dismissing said claims against Givaudan Flavors Corporation with prejudice, each side to bear their own costs.

This dismissal results in the conclusion of the entire pending action as there are no other named defendants remaining.

HUMPHREY, FARRINGTON & McCLAIN, P.C.
*/s/ Jonathan M. Soper*
Kenneth B. McClain,  Pro Hac Vice
Steven E. Crick,       Pro Hac Vice
Jonathan M. Soper,    Pro Hac Vice
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 W. Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
sec@hfmlegal.com
jms@hfmlegal.com